WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Michael Barbera,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. CV-17-03862-PHX-ESW<br><br>**ORDER** |

On April 25, 2018, the Court issued an Order (Doc. 37) denying Plaintiff's "Notice & Motion for Discovery" (Doc. 23). On April 26, 2018, the Clerk of Court docketed a Motion filed by Plaintiff in which Plaintiff "requests & prays The Court verifies & confirms the validity or falsity of Dr. Shahla's Board-Certified Psychiatrist credential . . . . With certainty, Dr. Shahla's fraud will be proven with the case in Discovery or under Remand . . . ." (Doc. 38 at 11). The Motion is dated April 20, 2018. (*Id.*). The Court affirms its prior Order (Doc. 37) in which the Court did not find good cause to allow Plaintiff to conduct discovery in this case. The Court will decide in due course Plaintiff's request that the Court remand the matter to the Commissioner.

Accordingly,

**IT IS ORDERED** denying Plaintiff's April 26, 2018 Motion (Doc. 38).

Dated this 27th day of April, 2018.

　　　　　　　　　　　　　　　　　　　／s／ Eileen S. Willett
　　　　　　　　　　　　　　　　　　　Eileen S. Willett
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge